## Dunmore Borough School District *v.* Wahlers, Appellant (No. 3).

OPINION BY MORRISON, J., April 17, 1905 :

For the reasons given in opinion this day filed between the same parties in Dunmore School Dist. v. Wahlers, ante, p. 39, we sustain the first assignment of error and hold that the court was without jurisdiction and that the order allowing the appeal and judgment thereon, is illegal and void.

Order and judgment reversed and the appeal from the auditors' report dismissed and stricken from the records, at the costs of the appellees.

SMITH, J., dissenting :

In view of the facts disclosed by the depositions, I think the court was justified in allowing the appeal nunc pro tunc. At least no such abuse of discretion is shown as would warrant this court in reversing the decision.

President Judge RICE concurs in this dissent.